THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JARED COOPER, *et al.*, | CASE NO. C20-1367-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DANIELLE FUNK, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to remand the case to Snohomish County Superior Court (Dkt. No. 7). The Court GRANTS the motion. It is hereby ORDERED that this case be remanded to Snohomish County Superior Court under Case No. 20-2-04089-31. The Clerk is respectfully DIRECTED to close this case.

DATED this 30th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER, C20-1367-JCC
PAGE - 1